RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for David Cohen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID COHEN,<br><br>　　　　　Defendant. | Case No. 2:16-mj-658-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for David Cohen, that the Preliminary Hearing currently scheduled on November 7, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   The parties have entered negotiations and need the additional time to resolve this matter.

   2.   Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 2nd day of November, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID COHEN,<br><br>        Defendant. | Case No. 2:16-mj-658-NJK<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 7, 2016 at the hour of 4:00 p.m., be vacated and continued to December 7, 2016 at 4:00 p.m., in Courtroom 3A.

      DATED this 2nd of November, 2016.

                                                      UNITED STATES MAGISTRATE JUDGE