# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:17-cr-0114-APG-CWH |
| | ) | **ORDER** |
| v. | ) | |
| DAVID COHEN, | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion for pretrial release, Docket No. 56, which is **DENIED** without prejudice because it is unsigned, *see* Fed. R. Civ. P. 11(a); *see also* Fed. R. Crim. P. 49(d) ("A paper must be filed in a manner provided for in a civil action").

IT IS SO ORDERED

Dated: May 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge