# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00114-APG-CWH |
| vs. | **ORDER** |
| DAVID ALAN COHEN, | |
| Defendant. | |

Before the court is pro se Defendant David Cohen's Motion for a Franks Hearing (ECF No. 55), filed May 5, 2017. The government filed a response (ECF No. 64) on May 16, 2017. Defendant has not yet replied.

Although it is styled as a motion for a *Franks* hearing, Defendant's motion also contains extensive argument that particular statements he made to Detective Taylor should be suppressed. (Mot. (ECF No. 55) at 4-8.) The government does not respond to these arguments. To properly evaluate these arguments, the court requires the benefit of a response from the government. The court therefore will require the government to file a supplemental brief supported by points and authorities regarding the suppression issues by May 26, 2017. The government is advised that failure to file points and authorities as required by this order may be construed as a consent to granting the motion under Local Criminal Rule 47-3.

IT IS SO ORDERED.

DATED: May 22, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge