**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                   Plaintiff,   ) | Case No. 2:17-cr-00114-APG-CWH |
| vs.                      ) | ORDER |
| DAVID COHEN,          ) | |
|                Defendant.   ) | (Docket No. 71) |

Pending before the Court is Defendant David Cohen's motion for pretrial release.  Docket No. 71.  A response shall be filed no later than May 30, 2017, and any reply shall be filed no later than June 12, 2017.

IT IS SO ORDERED.

DATED: May 22, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge