# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cr-00114-APG-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| DAVID ALAN COHEN, | )<br>) |
| Defendant. | ) |

Before the court is pro se Defendant David Cohen's motion titled "habeas corpus" (ECF No. 35), filed on April 4, 2017. The government filed a response (ECF No. 44) on April 19, 2017. Defendant replied (ECF No. 49) on May 2, 2017.

In its response, the government states that an arrest warrant was issued as part of the complaint, citing docket number two in the court's electronic filing system. (Resp. (ECF No. 44) at 2.) Docket number two is form number AO 257, which references the issuance of a warrant, but it is not the warrant. (AO 257 (ECF No. 2).) The court needs to review the warrant to evaluate the parties' arguments. The court therefore will require the government to file a copy of the signed arrest warrant and to serve a copy of the signed arrest warrant on Defendant by May 25, 2017.

IT IS SO ORDERED.


DATED: May 23, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge