# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| vs. ) | **ORDER** |
| DAVID ALAN COHEN, ) | |
| Defendant. ) | |

Presently before the court is pro se Defendant David Alan Cohen's motion for defense evaluation on the computer (ECF No. 63), filed May 15, 2017.

In his motion, Cohen asks "to hire its own private forensic evaluator to access for himself and come to his own conclusions if at all any photos were uploaded or downloaded onto the computer in question and when and where that might have happened." (Mot. (ECF No. 63) at 1.) The court construes this request as a request for funding to hire a computer forensic expert to aid in his defense.

This court finds that Cohen fails to articulate an adequate basis for requesting funds to hire the abovementioned expert. This court also finds that Cohen fails to specify details, including the identity of the individual he seeks to hire, the hourly rates, the number of hours to be expended by the expert, and the total amount of funds requested. As such, this court denies Cohen's motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant David Allen Cohen's motion for defense evaluation on the computer (ECF No. 63), is **denied without prejudice**.

DATED: May 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**