# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, ) Case No. 2:17-cr-00114-APG-CWH
vs. ) **ORDER**
DAVID ALAN COHEN, )
        Defendant. )

In reviewing the various pending motions in this case, the court has determined that it requires an evidentiary hearing. The court therefore will set an evidentiary hearing for Monday, June 12, 2017, at 9:30 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. The following specific issues must be addressed:

- The process of obtaining the search warrant on September 21, 2016, including the identity of the state court judge who approved the search warrant. The sufficiency of the search warrant itself has been adequately briefed, so no evidence will be admitted regarding the information contained in the affidavit related to the search warrant.
- The circumstances surrounding the statements taken from Defendant Cohen on September 21, 2016.
- The circumstances surrounding Defendant Cohen's transfer from state custody to federal custody on or about September 23, 2016.

IT IS SO ORDERED.

DATED: June 2, 2017

                                                               **C.W. Hoffman, Jr.**
                                                                **United States Magistrate Judge**