# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID ALAN COHEN,<br><br>        Defendant. | Case No. 2:17-cr-00114-APG-CWH<br><br>**ORDER** |

Presently before the court is Defendant David Cohen's motion (ECF No. 94) requesting an extension of time to file reply briefs, filed on May 31, 2017. Defendant requests a one-week extension to file replies in support of various pending motions because the institution where he is incarcerated is experiencing technical issues with its computers. Having read and considered Defendant's motion, and good cause appearing, the court will grant Defendant's motion. Defendant must file any outstanding reply briefs by June 15, 2017.

IT IS SO ORDERED.

DATED: June 5, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**