# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID ALAN COHEN, ) | |
| ) | |
| Defendant. ) | |

Presently before the court is Defendant David Cohen's notice (ECF No. 91), filed on May 31, 2017. In his notice, Defendant states that the government has not responded to all of the motions he has filed and requests a copy of the docket sheet. The court construes this notice as a motion, but advises Defendant that going forward, if he requests action by the court, he must style his request as a motion. Based on the titles of the motions listed, the court is unable to determine which responses Defendant has not received. The court therefore will order the Clerk of Court to mail to Defendant a copy of the docket sheet in this case. If after reviewing the docket sheet Defendant determines that he has not received copies of responses that have been filed, he should file a motion that references the responses by their docket number.

IT IS THEREFORE ORDERED that the Clerk of Court must mail to Defendant Cohen a copy of the docket sheet in this case.

DATED: June 5, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**