# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| vs. ) | ORDER |
| DAVID COHEN, ) | (Docket No. 123) |
| Defendant. ) | |

Pending before the Court is Defendant David Cohen's motion to unseal minutes of proceedings. Docket No. 123.

The Court hereby sets a hearing on the motion for August 3, 2017, at 10:00 a.m. in courtroom 3C. Defendant and his stand-by counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: July 27, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge