# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| vs. ) | **ORDER** |
| DAVID ALAN COHEN, ) | |
|         Defendant. ) | |

This matter is before the court on pro se Defendant David Alan Cohen's request for a transcript of the evidentiary hearing that was held on June 28, 2017, as well as his request for an updated docket sheet. These requests were included in a document (ECF No. 144) that is titled "Response to Document 128" in the caption and further down on the same page is titled "Response to Document 125." Should Defendant wish to order a transcript of the hearing, he may submit a completed form AO 436 to the court. The form may be downloaded from the "Files" section of the court's website, and submitted via e-mail to: transcripts_Nevada@nvd.uscourts.gov. Standby counsel David Fischer is instructed to assist Cohen with requesting the transcript.

       IT IS SO ORDERED.


       DATED: July 31, 2017

                                                                 _____
                                                                **C.W. Hoffman, Jr.**
                                                                **United States Magistrate Judge**