

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

AUG 1 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

David Alan Cohen

          Defendant.

District No.   2:17-CR-114-APG CWH

## ORDER TEMPORARILY UNSEALING RECORDING

On August 9, 2017, this court received a CD/Tape Order form dated August 9, 2017 requesting a CD of the hearing held on June 28, 2017, from Mr. David Fischer, Counsel for Defendant David Cohen, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this 10th day of August 9, 2017.

Carl W. Hoffman

United States Magistrate Judge