# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
          Plaintiff, ) Case No. 2:17-cr-00114-APG-CWH
           )
vs. ) **ORDER**
           )
DAVID ALAN COHEN, )
          Defendant. )
_____)

      This matter is before the court on pro se Defendant David Alan Cohen's second motion (ECF No. 172) requesting a transcript of the evidentiary hearing that was held on June 28, 2017. This motion was received by the court on August 3, 2017.

      On August 1, 2017, the court entered an order providing Defendant with instructions for obtaining the transcript. (Order (ECF No. 164).) The order was sent to Defendant via United States mail on the same date. Based on the dates of the documents, it appears that Defendant may not have received the court's order before filing his second motion requesting the transcript. The court therefore will deny this motion as moot and out of an abundance of caution will require the Clerk of Court to mail to Defendant an additional copy of the court's previous order with instructions for obtaining the transcript.

      IT IS THEREFORE ORDERED that Defendant David Alan Cohen's second motion (ECF No. 172) requesting a transcript is DENIED as moot.

      IT IS FURTHER ORDERED that the Clerk of Court must send Defendant a copy of the court's order (ECF No. 164), as well as an updated copy of the docket sheet for this case.

      DATED: August 10, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**