# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| vs. ) | **ORDER** |
| DAVID ALAN COHEN, ) | |
| Defendant. ) | |

Presently before the court is pro se Defendant David Alan Cohen's Motion for Disclosure of 911 Call and Report (ECF No. 122), filed June 29, 2017. The government responded (ECF No. 136) on July 13, 2017. Cohen did not reply.

Cohen moves to compel the production of a report of a 911 hang-up call which resulted in officers responding to Cohen's residence before the search of his residence. He argues that various crimes were committed against him as the result of the visit to his residence by police. The government responds that although the 911 disconnect call has no relevance to the issue of whether Cohen possessed or distributed child pornography, it has provided the dispatch reports and will provide any additional discovery that the 911 disconnect call still exists.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Disclosure of 911 Call and Report (ECF No. 122), is **denied** as moot.

DATED: August 11, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**