# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| vs. ) | **ORDER** |
| DAVID ALAN COHEN, ) | |
| Defendant. ) | |

Presently before the court is Defendant David Alan Cohen's pro se Motion for New Stand-By Counsel (ECF No. 168), filed on August 3, 2017. Also before the court is Defendant's pro se Motion to Disregard New Stand-By Request (ECF No. 176), filed on August 8, 2017. A hearing was held on these motions on August 14, 2017. (Mins. of Proceedings (ECF No. 180).) At that hearing, Mr. Cohen represented that he no longer wishes to represent himself, and the court reinstated David Fischer as CJA counsel. (*Id.*) Given that Mr. Cohen is now represented by Mr. Fischer, the court will deny these motions as moot.

Shortly before requesting to have Mr. Fischer reinstated as his attorney, Mr. Cohen filed various motions on a pro se basis that have not yet been taken under submission. Given that Mr. Cohen is now represented by an attorney, the court will deny these motions without prejudice for Mr. Fischer to re-file the motions if he deems it necessary.

IT IS THEREFORE ORDERED that Defendant David Alan Cohen's pro se Motion for New Stand-By Counsel (ECF No. 168) is DENIED as moot.

IT IS FURTHER ORDERED that Defendant's Motion to Disregard New Stand-By Request (ECF No. 176) is DENIED as moot.

///

IT IS FURTHER ORDERED that the following motions are DENIED without prejudice:

- Defendant's Motion for Interlocutory Appeal (ECF No. 143);
- Defendant's Motion to Recuse Detective Taylor (ECF No. 165);
- Defendant's Motion to Dismiss Search Warrant Due to Forgery Unauthorized Signatures (ECF No. 166);
- Defendant's Motion for Writ of Prohibition (ECF No. 167);
- Defendant's Motion for Surreply (ECF No. 170).

DATED: August 16, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**