# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0114-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID ALAN COHEN, | |
| Defendant. | |

David Fisher was recently re-instated as counsel representing defendant David Alan Cohen. Before Mr. Fischer was reinstated as his attorney, Mr. Cohen filed several motions and objections on a pro se basis. Given that Mr. Cohen is now represented by an attorney, Mr. Fisher should review those pending filings and determine whether any should be withdrawn.

IT IS THEREFORE ORDERED that counsel for defendant David Alan Cohen shall review all of the pending motions and objections filed by his client pro se and notify the court which of those should be withdrawn and which should be addressed by the court. Mr. Fischer may request permission to re-file those documents if he deems it necessary. Mr. Fisher's response to this Order is due by September 7, 2017. If no response is received by that date, the motions and objections will be addressed as submitted.

Dated: August 18, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE