# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00114-APG-CWH |
| vs. | **ORDER** |
| DAVID ALAN COHEN, | |
| Defendant. | |

Presently before the court is pro se Defendant David Alan Cohen's Motion to Mandate (ECF No. 154), filed July 25, 2017. The government filed a response (ECF No. 163) on August 1, 2017. Cohen filed a reply (ECF No. 175) on August 8, 2017.

Cohen requests that the Court "relinquish its stance on mandatory minimums." In essence, he requests the Court provide an advisory opinion regarding the possible mandatory minimum sentences which he is facing. Cohen made a similar motion to "Vacate Mandatory Minimum" (ECF No. 72), filed May 18, 2017. The Court advised him that because the case has not yet proceeded to trial, and that Cohen has not been convicted, his request is premature. (Order (ECF No. 86).) The Court therefore declined to issue a statement of its interpretation of the law that may or may not be applied after the outcome of the trial in this matter. The Court further recommended that, to the extent it is helpful to the Cohen to prepare for trial, he may file a motion requesting an early presentence investigation report. Cohen has not made such a request.

At a hearing held on August 14, 2017, Defendant indicated that he no longer wished to represent himself, and the Court reinstated David Fischer as CJA counsel. (Mins. of Proceedings (ECF No. 180).) Given that Mr. Cohen is now represented by an attorney, the court denies this motion without prejudice for Mr. Fischer to re-file an appropriate motion if he deems it necessary.

IT IS THEREFORE ORDERED that Defendant David Alan Cohen's Motion to Mandate (ECF No. 154) is DENIED without prejudice.

DATED: August 28, 2017

_____
**C.W. Hoffman, Jr**
**United States Magistrate Judge**