# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cr-00114-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID ALAN COHEN, ) | |
| ) | |
| Defendant. ) | |

Presently before the court is Defendant David Alan Cohen's motion for reconsideration (ECF No. 187), filed on August 29, 2017. The government filed a motion to strike (ECF No. 189) Cohen's motion on September 8, 2017. Also before the court is Cohen's motion to proceed pro se (ECF No. 188), filed on August 29, 2017. Cohen's motions were filed pro se, although he is represented by attorney David R. Fischer. (Mins. of Proceedings (ECF No. 180).)

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that Cohen is represented by an attorney, the court will deny Cohen's motions without prejudice. Cohen is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that Defendant David Alan Cohen's motion for reconsideration (ECF No. 187) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendant David Alan Cohen's motion to proceed pro se (ECF No. 188) is DENIED without prejudice.

///

IT IS FURTHER ORDERED that the government's motion to strike (ECF No. 189) is DENIED as moot.

DATED: September 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**