UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>　　　　　　　Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION AND DENYING MOTION TO TERMINATE INDICTMENT**<br><br>(ECF Nos. 53, 110) |

　　　　On June 16, 2017, Magistrate Judge Hoffman entered his Report and Recommendation recommending denial of defendant David Alan Cohen's motion to terminate indictment. ECF No. 110. No objection has been filed to that Report and Recommendation. Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Because there is no objection to Judge Hoffman's recommendation, I may accept the recommendation without review. Nevertheless, I find that Judge Hoffman's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

　　　　IT IS HEREBY ORDERED that the Report and Recommendation **(ECF No. 110) is accepted**, and Mr. Cohen's motion to terminate indictment **(ECF No. 53) is DENIED**.

　　　　Dated: October 3, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE