UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION AND DENYING MOTIONS FOR "HABEAS CORPUS" AND TO DISMISS COMPLAINT**<br><br>(ECF Nos. 35, 51, 126) |

Defendant David Alan Cohen filed a motion titled "Habeas Corpus" (ECF No. 35) and a "motion to dismiss unconstitutional complaint (ECF No. 51). After conducting a hearing (ECF No. 104), Magistrate Judge Hoffman entered his Report & Recommendation recommending that the motions be denied. ECF No. 126. Mr. Cohen filed Objections to the Report & Recommendation (ECF Nos. 142, 152) and the Government filed a Response (ECF No. 160). Pursuant to Local Rule IB 3-2(b), I have conducted a de novo review of the motion to suppress and related papers. Good cause appearing,

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report & Recommendation **(ECF No. 126) is accepted**. Mr. Cohen's motion for "habeas corpus" **(ECF No. 35)** and his motion to dismiss **(ECF No. 51) are DENIED**.

Dated: October 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE