# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE ORDER**<br><br>(ECF No. 81) |

　　　Defendant David Alan Cohen filed an objection (ECF No. 81) to two of Magistrate Judge Hoffman's orders (ECF Nos. 73, 74) that allowed for supplemental briefing. Pursuant to Local Rule IB 3-1, I have reviewed the related papers and find that Magistrate Judge Hoffman's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Hoffman's orders **(ECF Nos. 73, 74) are AFFIRMED and Cohen's objection (ECF No. 81) is DENIED.**

　　　Dated: October 3, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE