# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER DENYING MOTION FOR TRIAL JUDGE TO ANSWER QUESTIONS**<br><br>(ECF No. 169) |

Defendant David Alan Cohen filed a motion asking the trial judge to answer 25 questions listed in the motion. ECF No. 169. I am not required to do so, and I decline to do so. Accordingly, Cohen's motion **(ECF No. 169) is DENIED.**

Dated: October 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE