# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>          Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SUPPRESS CRIMINAL HISTORY**<br><br>(ECF Nos. 146, 155) |

While defendant David Alan Cohen was representing himself, he filed two motions (ECF Nos. 146, 155) to reconsider two of Magistrate Judge Koppe's orders (ECF Nos. 114, 132) denying Cohen pretrial release. Mr. Cohen's primary argument for reconsideration is that he needed to be released without conditions so he could properly prepare his defense. The motions do not clearly set forth other bases for reconsideration. That may be, in part, because Mr. Cohen filed them as a pro se litigant. It also may be because there is no good reason to reconsider Magistrate Judge Koppe's orders. Moreover, David Fisher has since been reinstated as counsel for Mr. Cohen, so the stated primary need for reconsideration has been rendered moot. Thus, I will deny the motions without prejudice. Should counsel for Mr. Cohen wish to file a new motion to reconsider, he may do so within 14 days of entry of this order.

IT IS THEREFORE ORDERED that defendant David Alan Cohen's motions (ECF Nos. 146, 155) are denied. Mr. Cohen's counsel may re-file a similar motion within 14 days of entry of this order if good grounds exist.

Dated: October 3, 2017.

                                                                     ANDREW P. GORDON<br>
                                                                     UNITED STATES DISTRICT JUDGE