# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant. | Case No. 2:17-cr-0114-APG-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION AND DENYING MOTIONS TO QUASH, TO SUPPRESS, AND FOR A *FRANKS* HEARING**<br><br>(ECF Nos. 50, 55, 69, 119, 125) |

Defendant David Alan Cohen filed motions to quash a search warrant (ECF No. 50), for a *Franks* hearing (ECF No. 55), and to suppress statements he made to law enforcement officers (ECF No. 69). After conducting an evidentiary hearing (ECF No. 104), Magistrate Judge Hoffman entered his Report & Recommendation recommending that the motions be denied. ECF No. 125. Mr. Cohen filed Objections to the Report & Recommendation (ECF Nos. 119, 141, 150) and the Government filed a Response (ECF No. 156). Pursuant to Local Rule IB 3-2(b), I have conducted a de novo review of the motion to suppress and related papers. Good cause appearing,

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report & Recommendation **(ECF No. 125) is accepted**. Mr. Cohen's motion to quash **(ECF No. 50)**, his motion for a *Franks* hearing **(ECF No. 55)**, his motion to suppress **(ECF No. 69)**, and his objection (**ECF No. 119) are DENIED**.

Dated: October 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE