# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-114-APG-CWH |
| Plaintiff, | **ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT** |
| v. | |
| DAVID ALAN COHEN, | (ECF No. 208) |
| Defendant. | |

Defendant David Cohen filed an unopposed motion for the preparation of a pre-plea Presentence Investigation Report. I approve that request.

IT IS HEREBY ORDERED that Cohen's motion **(ECF No. 208) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

IT IS FURTHER ORDERED that Cohen's counsel shall provide a copy of this order to the Probation Office immediately.

Dated: March 19, 2018.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE