# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant. | Case No. 2:17-cr-00114-APG-CWH<br><br>**ORDER** |

Presently before the court is defendant David Alan Cohen's Motion to Go Pro Se (ECF No. 220), filed on May 18, 2018. Also before the court is defendant's motion regarding deprivation of rights (ECF No. 221), filed on May 18, 2018.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that defendant is represented by Mr. Fischer, the court will deny defendant's motions without prejudice. Defendant is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that defendant David Alan Cohen's Motion to Go Pro Se (ECF No. 220) is DENIED without prejudice.

IT IS FURTHER ORDERED that defendant's motion regarding deprivation of rights (ECF No. 221) is DENIED without prejudice.

DATED: May 22, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE