# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00114-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DAVID ALAN COHEN, | |
| Defendant. | |

Presently before the court is pro se defendant David Alan Cohen's motion for a pretrial conference (ECF No. 251), filed on July 9, 2018.

Defendant requests that the court set a pretrial conference under Rule 17.1 of the Federal Rules of Criminal Procedure. Defendant seeks to discuss various outstanding matters including discovery obligations, pending pretrial motions related to the superseding indictment, motions in limine, and other pretrial matters. Defendant further states that he would like to engage in plea negotiations but has been prevented from doing so because he is pro se and is in pretrial detention.

The court is in the process of analyzing the various pending pretrial motions filed by the parties. If the court determines that a hearing on any of the motions is necessary, the court will schedule a hearing. Otherwise, the court will enter orders on the pending motions in due course. Further, calendar call is set for August 21, 2018. Should there be any outstanding issues after the court has ruled on the pending motions, defendant will have an opportunity to raise those issues at the calendar call. Given that there is not a need for a pretrial conference at this time, the court will deny defendant's motion without prejudice. To the extent defendant wishes to discuss plea negotiations, because he is representing himself, he is advised to contact the government.

IT IS THEREFORE ORDERED that defendant David Alan Cohen's motion for a pretrial conference (ECF No. 251) is DENIED without prejudice.

DATED: July 18, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE