# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant. | Case No. 2:17-cr-00114-APG-CWH<br><br>**ORDER** |

Presently before the court is pro se defendant David Alan Cohen's ex parte application for expense reimbursement (ECF No. 263), filed on July 19, 2018.

Defendant requests reimbursement for various costs he has incurred for copies, postage, and record fees. Defendant is advised that he should coordinate with stand-by counsel to submit an appropriate application through the court's CJA system.

IT IS THEREFORE ORDERED that defendant David Alan Cohen's ex parte application for expense reimbursement (ECF No. 263) is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court shall serve a copy of this order on attorney David R. Fischer.

DATED: July 25, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE