# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>Defendant | Case No.: 2:17-cr-00114-APG-CWH<br><br>**Order Accepting Report and Recommendation and Denying Motion for Return of Property and for Suppression of Evidence**<br><br>[ECF Nos. 231, 232, 256] |

On July 18, 2018, Magistrate Judge Hoffman issued a report and recommendation recommending I deny defendant David Alan Cohen's motion for return of property and for suppression of evidence because the motion was untimely. ECF No. 256. Cohen did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 256) is accepted** and defendant David Alan Cohen's motion for return of property and for suppression of evidence **(ECF Nos. 231, 232) are DENIED**.

DATED this 10th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE