1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   ELHAM ROOHANI
3  Assistant United States Attorney
   Nevada Bar No. 12080
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  P: 702-388-6336
   F: 702-388-5087
6  elham.roohani@usdoj.gov
7  Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00114-APG-CWH |
| Plaintiff, | **MOTION TO CONTINUE DEADLINE FOR RESPONDING TO DEFENDANT'S MOTION TO COMPEL GOVERNMENT TO REINSTATE PLEA OFFER (FIRST REQUEST)** |
| vs. | |
| DAVID ALAN COHEN, | |
| Defendant. | |

The United States of America, through the undersigned, respectfully moves the Court for a continuance of the deadline for responding to the Defendant's pending Motion to Compel Government to Reinstate Plea Offer (ECF No. 284) (hereinafter Motion). Based on the foregoing, the Government requests its request for a continuance be granted.

On August 23, 2018, the Defendant filed the instant Motion to Compel Government to Reinstate Plea Offer. ECF No. 284. Under the local rules, the Government's response is due September 6, 2018. *See* LCR 12-1. However, on August

27, 2018, undersigned suffered a death in the family, and has been out of the office since then. As a result of this unforeseeable circumstance, the Government respectfully requests a continuance of eight (8) days in which to file a response to the Defendant's pending motion, making the deadline September 14, 2018.

DATED this 4th day of September, 2018.

DAYLE ELIESON
United States Attorney

//s//

ELHAM ROOHANI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ALAN COHEN,

    Defendant.

Case No.: 2:17-cr-00114-APG-CWH

**ORDER**

## ORDER

After considering Government's motion to continue deadline to respond to the Defendant's motion to compel Government to reinstate plea offer, the motion is hereby granted.

THEREFORE, IT IS HEREBY ORDERED that the deadline for any Government response to the pending motion to compel government to reinstate plea offer is continued to September 14, 2018.

DATED: September 5, 2018

_____
The Honorable Carl W. Hoffman
UNITED STATES MAGISTRATE COURT JUDGE