UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00114-APG-CWH |
|---|---|
| Plaintiff | **Order Regarding the Parties' Designations of Portions of Two Voluntary Statements and Objections** |
| v. | |
| DAVID ALAN COHEN, | [ECF No. 319] |
| Defendant | |

The Government has designated as trial exhibits portions of Mr. Cohen's two statements to the police. ECF No. 315. Mr. Cohen submitted counter-designations and one objection. The Government filed a response to Mr. Cohen's submittal. ECF No. 319. Below are my rulings on these issues.

<u>Statement 1 (ECF No. 319-1), Page 21</u>

The Government's objection is sustained. Mr. Cohen's proposed designation is inadmissible hearsay and not admissible under the rule of completeness. This portion of the transcript is excluded.

<u>Statement 2 (ECF No. 319-2), Pages 6-8</u>

The Government does not object to Mr. Cohen's designations, but requests to add additional designations on page 6. That request is granted. The additional material may be included.

<u>Statement 2 (ECF No. 319-2), Page 21 (top of page)</u>

I will rule on the Government's objection to this designation after I hear from Mr. Cohen regarding its relevance.

/ / / /

Statement 2 (ECF No. 319-2), Page 21 (bottom of page)

The Government does not object to Mr. Cohen's designations, but requests to add an additional designation at the bottom of page 22. That request is granted. The additional material may be included.

Statement 2 (ECF No. 319-2), Page 29

The Government does not object to Mr. Cohen's designations, but requests to add additional designations on pages 28 and 29. That request is granted. The additional material may be included.

Statement 2 (ECF No. 319-2), Page 37

I will rule on the Government's objection to this designation after I hear from Mr. Cohen regarding its relevance.

Statement 2 (ECF No. 319-2), Pages 38-39

The Government's objection is sustained. Mr. Cohen's designation is inadmissible hearsay and not admissible under the rule of completeness.

Mr. Cohen's objection to Government's designation of Statement 2 (ECF No. 319-2), page 22.

I will rule on this objection after I hear from the parties.

DATED this 16th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE