THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID ALAN COHEN,<br><br>        Defendant. | 2:17-cr-00114-APG-CWH-1<br><br>DATE: November 19, 2018<br><br>Courtroom 6C |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen     COURT RECORDER: Heather Newman

COUNSEL FOR PLAINTIFF: Elham Roohani, Allison Reese, Detective Sean Taylor and FBI Agent Sue Flaherty

COUNSEL FOR DEFENDANT: David Alan Cohen, pro se; David Fischer, standby counsel and Leon Mare, Forensic Expert

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

9:11 a.m. Court convenes with all parties present, outside the presence of the prospective jury.

Trial matters are discussed.

9:25 a.m. Sixty (60) prospective jurors enter the Courtroom. Prospective jurors are sworn and voir dire commences.

10:23 a.m. The Court excuses the prospective jurors for a morning break.

Outside the presence of the jury individual sidebars are discussed.

10:33 a.m. Court stands at recess.

10:43 a.m. Voir dire continues outside the presence of the prospective jury panel. Various jurors are excused as stated on the record.

12:09 p.m. Court stands at recess for a lunch break.

1:31 p.m. Trial matters are discussed outside the presence of the jury. Voir dire continues outside the presence of the prospective jury panel. Various jurors are excused as stated on the record. Thirty-two (32) prospective jurors are identified.

3:14 p.m. Peremptory challenges are made outside the presence of the jury. Court stands at recess.

3:46 p.m. The jury enters. The jurors are thanked and the final fourteen (14) jurors are identified. The Court excuses the unselected jurors and the selected jury is sworn. Preliminary instructions are given.

4:08 p.m. The jury is admonished and excused for the evening.

Outside the presence of the jury, arguments are heard regarding the Government's emergency motion in limine to exclude evidence (ECF. [312]).

The Court and counsel address a jury note.

The Government is excused from the courtroom at 4:33 p.m. and a SEALED hearing is conducted.

Courtroom is unsealed and Government counsel returns at 4:40 p.m.

The Government's Motion in Limine #312 is GRANTED.

Arguments are heard regarding transcript designations.

The Court will conduct a hearing on Tuesday, November 20, 2018 at 11:00 a.m. to resolve transcript designations.

5:04 p.m. Court adjourns.

Defendant is remanded to custody.

Jury Trial continued to Monday, November 26, 2018 at 9:00 a.m. in Courtroom 6C before Judge Andrew P. Gordon.

    DEBRA K. KEMPI, CLERK
    U.S. DISTRICT COURT

    BY: /S/
    Melissa Johansen, Deputy Clerk