UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )   2:17-CR-114-APG-(CWH)
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )   Preliminary Order of Forfeiture
                                         )
DAVID ALAN COHEN,                        )
                                         )
          Defendant.                     )

This Court finds that defendant David Alan Cohen was found guilty of Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Count One with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5) and in Count Two with Receipt or Distribution of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Superseding Criminal Indictment, ECF No. 228; Jury Verdict, ECF No. 335; Minutes of Jury Trial, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Bill of Particulars and the Forfeiture Allegation of the Superseding Criminal Indictment and the offenses to which defendant David Alan Cohen was found guilty. Superseding Criminal Indictment, ECF No. 228; Bill of Particulars, ECF No. 295; Jury Verdict, ECF No. 335; Minutes of Jury Trial, ECF No. ___.

The following property is (1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(2) and

1

2252A(a)(5) an (2) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(2) and 2252A(a)(5) or any property traceable to such property, and is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3):

    a) Hewlett-Packard desktop computer, Model No. a4327c, Serial No. 3CR0020J9V including its drive;

    b) Samsung Galaxy S III, Model No. SCH-1535, IMEI No. 990003347870301, SIM Card No. 8914800000585617765; and

    c) Seven unmarked CDs and DVDs currently identified as LVMPD's Event No. 160809—1804, Package No. 2, Item No. 2, Marked Nos. 1-7

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of David Alan Cohen in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the

/ / /

government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

3

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2 copies of this Order to all counsel of record.
3     Dated: November 30, 2018.

                                        UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 29, 2018:

                                      /s/ Heidi L. Skillin
                                      HEIDI L. SKILLIN
                                      FSA Paralegal