```
___FILED            ___RECEIVED
___ENTERED          ___SERVED ON
            COUNSEL/PARTIES OF RECORD

         AUG 1 6 2019

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-114-APG-DJA |
| Plaintiff, | **Amended Final Order of Forfeiture** |
| v. | |
| DAVID ALAN COHEN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3), based upon the jury verdict finding David Alan Cohen guilty of the criminal offenses, forfeiting specific property set forth in the Bill of Particulars and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which David Alan Cohen was found guilty. Superseding Criminal Indictment, ECF No. 228; Bill of Particulars, ECF No. 295; Jury Verdict, ECF No. 335; Preliminary Order of Forfeiture, ECF No. 338; Minutes of Jury Trial, ECF No. 340.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 11, 2018, through January 9, 2019, notifying all potential

///

third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 341.

This Court finds the United States notified known third parties by personal service or by FedEx and by first class regular mail of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 344; Notice of Filing Service of Process – Mailing, ECF No. 345.

On December 26, 2018, the United States Marshals Service personally served Judith Cohen with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 344, p. 2 and 344-1, p. 3-5 and 10-13.

On December 26, 2018, the United States Marshals Service personally served Maria Cohen with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 344, p. 3 and 344-1, p. 3-5 and 10-13.

On December 26, 2018, the United States Marshals Service personally served Sergio Velazco with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 344, p. 4 and 344-1, p. 3-5 and 10-13.

On December 26, 2018, January 29, 2019, and January 31, 2019, the United States Marshals Service attempted to personally serve Stephanie Sanchez with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 344, p. 5 and 6 and 344-1, p. 3-5 and 10-13.

On February 11, 2019, the Federal Bureau of Investigation personally served Stephanie Sanchez through her mother, Maria Cohen, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 344, p. 7 and 344-1, p. 6-13.

On or about February 7, 2019, the United States Attorney's Office served Stephanie Sanchez with copies of the Preliminary Order of Forfeiture and the Notice by FedEx and by regular mail. Notice of Filing Service of Process – Mailing, ECF No. 345.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

a) Hewlett-Packard desktop computer, Model No. a4327c, Serial No. 3CR0020J9V including its drive;

b) Samsung Galaxy S III, Model No. SCH-1535, IMEI No. 990003347870301, SIM Card No. 8914800000585617765; and

c) Seven unmarked CDs and DVDs currently identified as LVMPD's Event No. 160809—1804, Package No. 2, Item No. 2, Marked Nos. 1-7

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 16, 2019.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE