**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>DAVID ALAN COHEN,<br>　　　　　Defendant. | Case No. **2:17-cr-114-APG-DKA**<br><br>**ORDER TEMPORARILY**<br>**UNSEALING NOTES** |

　　　On 2-13-2020, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 4-5-2018 from Thomas Qualls, Esq., in which a portion of the hearing was sealed.

　　　**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Thomas Qualls, Esq.

　　　**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　　**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

　　　DATED this _5th_ day of _March_, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　United States District Judge