# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>David Alan Cohen,<br><br>    Defendant. | Case No. 2:17-cr-00114-APG-DJA<br><br>**Order** |

Defendant David Alan Cohen has moved for a copy of the docket sheet, explaining that the Court had sent him one before, but his copy was lost in transfer. (ECF No. 401).  Defendant also asks for a copy of his sentencing transcripts, "especially the part in which the Judge says that I have 'no internet restrictions.'" (*Id.*).  Defendant explains that "[t]he warden [here] says if I can show him that particular statement, I can have email and texts to my family." (*Id*).

Because Defendant has asserted to have lost his copy of the docket sheet, the Court will grant his request.  However, Defendant's criminal defense attorney—not this Court—is in a better position to provide him with his sentencing transcripts.  The Court will thus deny Defendant's request without prejudice.  Defendant is directed to contact his criminal defense attorney regarding these documents.  The Court will also order a copy of this order and Defendant's motion to be mailed to his former counsel.

**IT IS THEREFORE ORDERED** that Defendant's motion for a copy of the docket sheet (ECF No. 401) is **granted in part** regarding his request for a copy of the docket sheet.  The Clerk of Court is kindly directed to mail Defendant a copy of the docket sheet in case number 2:17-cr-00114-APG-DJA.

**IT IS FURTHER ORDERED** that Defendant's motion for a copy of the docket sheet (ECF No. 401) is **denied in part without prejudice** regarding his request for a copy of his sentencing transcripts. Defendant is directed to contact his criminal defense attorney regarding these transcripts. The Clerk of Court is kindly directed to mail a copy of this order (ECF No. 403) and Defendant's motion (ECF No. 401) to Defendant's criminal defense attorney at the below address:

**Heidi A. Ojeda**

Federal Public Defender

411 E. Bonneville Avenue

Las Vegas, NV 89101

DATED: May 10, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE