# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00114-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| DAVID ALAN COHEN, | |
| Defendant | |

Defendant David Alan Cohen has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. ECF No. 407. The United States shall file a response to the motion, if it has any, no later than May 12, 2023. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 11th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE