# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>　　Defendant | Case No.: 2:17-cr-00114-APG-DJA<br><br>**Order Granting Extension**<br><br>[ECF No. 414] |

Defendant David Alan Cohen's motion for an extension of time **(ECF No. 414) is granted**. Cohen's reply in support of his petition is due by August 25, 2023.

DATED this 17th day of May, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE