# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>　　　Defendant | Case No.: 2:17-cr-00114-APG-DJA<br><br>**Order for Briefing Schedule**<br><br>[ECF No. 431] |

David Alan Cohen filed a notice of appeal. ECF No. 426. The Ninth Circuit has construed that notice "as a motion to reopen pursuant to Federal Rule of Appellate Procedure 4(a)(6)." ECF No. 431 at 1. Thus, the Ninth Circuit has remanded this case "for the limited purpose of allowing [me] to rule on [Cohen's] March 13, 2024, motion to reopen the time for appeal." *Id*.

I THEREFORE ORDER the United States to file a response to Cohen's motion, as construed by the Ninth Circuit, by May 14, 2024. Cohen may file a reply by June 14, 2024.

DATED this 30th day of April, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE