# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>DAVID ALAN COHEN,<br><br>　　　Defendant | Case No.: 2:17-cr-00114-APG-DJA<br><br>**Order Granting Motion to Reopen Time for Appeal**<br><br>[ECF No. 426] |

　　　David Alan Cohen filed a notice of appeal. ECF No. 426.  The Ninth Circuit construed that notice "as a motion to reopen pursuant to Federal Rule of Appellate Procedure 4(a)(6)" and remanded this case "for the limited purpose of allowing [me] to rule on [Cohen's] March 13, 2024, motion to reopen the time for appeal." ECF No. 431 at 1.  The United States does not oppose reopening the time for Cohen to file his appeal. ECF No. 434.  I agree that there is good cause to grant Cohen's motion because he apparently did not receive my prior order (from which he appeals) until significantly after I entered that order. ECF No. 426 at 1.

　　　I THEREFORE ORDER that Cohen's motion **(ECF No. 426) is granted** to the extent it is construed as a motion to reopen the time for him to appeal.  The clerk of the court is directed to serve a copy of this order on the Ninth Circuit.

　　　DATED this 18th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE